UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>David Alexander Hicks<br>      Debtor | )<br>)<br>)<br>) | Chapter 7<br><br>Case number 23-54218-jwc |
| v.<br>DASMEN RESIDENTIAL<br>D/B/A COBBS CREEK<br>APARTMENT HOMES LLC<br>      Movant/Creditor | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| v.<br>David Alexander Hicks, Debtor;<br>Cathy L. Scarver, Trustee<br>      Respondents | )<br>)<br>)<br>)<br>) | Entry of Appearance |

## ENTRY OF APPEARANCE ON BEHALF OF DASMEN RESIDENTIAL D/B/A COBBS CREEK APARTMENT HOMES LLC

COMES NOW, the undersigned attorney, ELIZABETH M. CRUIKSHANK, ESQ., who hereby enters her appearance in this above-styled action on behalf of Movant/Creditor, DASMEN RESIDENTIAL D/B/A COBBS CREEK APARTMENT HOMES LLC.

Respectfully Submitted this the 17TH day of May, 2023.

*/s/ Elizabeth M. Cruikshank, Esq.*
Elizabeth M. Cruikshank, Esq.
Attorney for Movant
Georgia Bar Number 215235

Cruikshank Ersin, LLC
6065 Roswell Road, Suite 680
Atlanta, Georgia 30328
Fax: 770-884-8114
Telephone: 770-884-8184
E-mail address: beth@cruikshankersin.com

## **Certificate of Service**

This is to certify that I, the undersigned attorney Elizabeth M. Cruikshank, have served Debtor and all parties named on the Distribution List with the foregoing <u>ENTRY OF APPEARANCE</u> by properly filing same with the Bankruptcy Court for the Northern District of Georgia using the CM/ECF system (which will deliver electronic notice to certain parties) and by depositing a true and accurate copy of same in the U. S. Mail, with proper postage affixed and addressed as follows:

*Debtor :*
David Alexander Hicks
3961 Covington Hwy APT D
Decatur, GA 30032
DE KALB-GA

*Debtor Attorney:*
Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303
(404) 524-6400
Fax : (404) 524-6425
Email:  notices@kingkingllc.com

*Trustee*:
Cathy L. Scarver
P. O. Box 672587
Marietta, GA 30006
(404) 551-5142

*Movant's Attorney*:
Elizabeth M. Cruikshank, Esq.
Cruikshank Ersin, LLC
6065 Roswell Road, Suite 680
Atlanta, Georgia 30328

*U.S. Trustee:*
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

On Wednesday, May 17, 2023.

Cruikshank Ersin, LLC
6065 Roswell Road, Suite 680
Atlanta, Georgia 30328
Fax: 770-884-8114
Telephone: 770-884-8184
E-mail address: beth@cruikshankersin.com

By: */s/ Elizabeth M. Cruikshank*

Elizabeth M. Cruikshank, Esq.
Attorney for Movant
Georgia Bar Number 215235